## HOPKINS v. CITY NATIONAL BANK OF DUNCAN.

No. 16839—Opinion Filed Jan. 12, 1926

Error from District Court, Stephens County; M. W. Pugh, Judge.

Action between G. W. Hopkins and the City National Bank of Duncan, Okla. From the judgment, the former appeals. Dismissed.

Anderson & Hickman, for plaintiff in error.

Sandlin & Winans, for defendant in error.

PER CURIAM. Motion for a new trial was overruled on the 2nd day of April, 1925, and 90 days given from date in which to serve case-made, which expired on the 1st day of July, 1925, and on this day 30 days additional time was granted, which expired on the 31st day of July, 1925. Case-made was served on the 1st day of August, 1925, which was one day too late, and this court acquired no jurisdiction to review the appeal.

The appeal is dismissed. Greco v. Kool-Kola Company, 79 Okla. 120, 191 Pac. 1036.